# United States Bankruptcy Court
## Northern District of Florida

In re   **James Harold Spurlin, Jr.**                                    Case No.    26-30674-KKS
_____
                                        Debtor(s)                        Chapter    **13**

## STATEMENT OF NO EMPLOYMENT INCOME

*Check box if statement applies to debtor*   ☑    Debtor, **James Harold Spurlin, Jr.**, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

☐ Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

☑ Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor*   ☐   Joint-debtor,, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

☐ Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

☐ Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   **June 26, 2026**            Signature of Debtor:   **/s/ James Harold Spurlin, Jr.**

                                     By: **/s/ India Footman, Esq.**
                                         *ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL*