UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 26-30674-KKS

In re : James Harold Spurlin, Jr.                                    Chapter 13

       Debtors.

_____/

## NOTICE OF ADEQUATE PROTECTION PAYMENTS

Debtor files this Notice of Adequate Protection Payments in accordance with Chapter 13

Standing Order No. 19 for the secured creditors as follows:

| Creditor/Address | Collateral | Payment Amount |
|---|---|---|
| Loyalty Credit Union<br>Attn: Bankruptcy Dept<br>P.O. Box 17048<br>Pensacola FL 32522-0000 | Home:<br>7218 Mier Henry Road<br>Pensacola, FL 32506<br>Escambia County | $707.03 monthly from<br>Date of filing |
| Loyalty Credit Union<br>Attn: Bankruptcy Dept<br>P.O. Box 17048<br>Pensacola FL 32522-0000 | Home:<br>7218 Mier Henry Road<br>Pensacola, FL 32506<br>Escambia County | $357.00 monthly from<br>Date of filing |
| Harvester Federal Credit Union<br>480 Hwy. 29<br>Cantonment FL 32533-0000 | Vehicle:<br>2022 Dodge Challenger | $356.65 monthly from<br>Date of filing |

The above listed payment shall be made by the Office of the Chapter 13 Trustee as reflected above until this Court orders otherwise or by confirmation of the Plan.

Dated: July 14, 2026

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq,
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905
Attorney for Debtor


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S.

Mail and/or NEF on July 14, 2026, to the following:

Leigh A. Duncan on behalf of Trustee Leigh A. Duncan
ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Loyalty Credit Union
Attn: Bankruptcy Dept
P.O. Box 17048
Pensacola FL 32522-0000

Loyalty Credit Union
Attn: Bankruptcy Dept
P.O. Box 17048
Pensacola FL 32522-0000

Harvester Federal Credit Union
480 Hwy. 29
Cantonment FL 32533-0000

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq,
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905
Attorney for Debtor