UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 26-30674-MWC

In re:                                                    Chapter 13

James Harold Spurlin, Jr.,


        Debtor.

_____/


**ORDER GRANTING VERIFIED MOTION TO EXTEND THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3) (Doc. 15)**

THIS CASE is before the Court on Debtor's *Verified Motion to Extend the*
*Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)* ("Motion") (Doc. 15). No creditor
or party in interest filed a timely objection. The Motion complies with the
requirements of this Court's Amended Administrative Order No. 15-002. For the
reasons stated, it is

**ORDERED**:

1. The facts in the verified Motion, supporting Affidavit or Declaration in
   support, are sufficient to rebut any presumption under §362(c)(3)(C) or §
   (362(c)(4)(D).

2. The Motion is **GRANTED**.

3.  The automatic stay is extended as to all creditors.


**DONE AND ORDERED** on July 31, 2026.

_____
MARY W. COLÓN
Chief U.S. Bankruptcy Judge


Attorney India Footman, Esq. is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.
Prepared by: India Footman, Esq., Attorney for Debtor (Modified in Chambers)