**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: CASE NO. 26-30674-MWC
CHAPTER 13

JAMES HAROLD SPURLIN, JR

Debtor /

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**

**If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh A. Duncan, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

**COMES NOW,** LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on June 26, 2026.
2. The Debtor(s)' first payment in the amount of $2,700.00 was due to the Trustee on July 26, 2026. To date, the Debtor(s) has failed to submit any payment to the Trustee. Therefore, the Debtor(s) is delinquent as evidenced by the receipts attached.
3. The Debtor(s) filed prior Chapter 13 Case No. 25-31032 on October 17, 2025. The *Chapter 13 Trustee's Motion to Dismiss* (ECF No. 23) filed January 20, 2026, was filed due to accrued delinquency in the Plan payments. The Court entered its Order (ECF No. 31) dismissing the case on February 25, 2026.
4. The Debtor(s) has failed to provide copies of the United States Income Tax Returns, or Tax Affidavits if applicable, for the two (2) years preceding the date of filing to the Chapter 13 Trustee. The Debtor(s) provided the Trustee with a copy of the filed 2025 tax extension reflecting an estimated liability of $0.00 for the 2025 tax year.

Sufficient cause exists to dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan

OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED** verifies that a true and correct copy of the foregoing document was served on the same date that is the date reflected as the electronic filing date on the person or entities listed below via first class mail, postage prepaid, at the physical address(es) listed below and/or was served via Notice of Electronic Filing.

JAMES HAROLD SPURLIN, JR
7218 MIER HENRY ROAD
PENSACOLA, FL 32506

INDIA FOOTMAN
indiafootman@footmanlaw.com

/s/ Leigh A. Duncan

OFFICE OF THE CHAPTER 13 TRUSTEE

**EXHIBIT "A"**

IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | **AMOUNT** |
|---|---|
| TOTAL AMOUNT PAID: | **0.00** |